## Appeal of Thomas D. Wood.

OPINION BY MR. JUSTICE KEPHART, May 3, 1920:

For the reasons given in the opinion in the appeal of the executors under the will of William Brewster Wood, deceased, the decree of the court below is affirmed.